and so on and so forth. And I think that, you know, it's become, for the most part, one of those sub-natives. I think it's very interesting. I thought it was really interesting, because I'm interested in a lot of these pieces of review that you mentioned, discretion, and I'm pretty sure that in your vision here, you're going to be able to think, well, this discretion is generally applied, but, you know, actually, if you want to quarantine here, you're going to be needed in any of these procedures, or in any of these procedures, you're going to have to make a decision about whether or not you want to quarantine. And that's something that you're going to be able to do. The response to this one is standard, and you can use discretion, but that's going to be the standard that we're referring to. And then, in this case, this person is going to be quarantined elsewhere. And we're going to be referencing the standard of personal quarantine, and we're going to be referring to the standard of quarantine. And then, in this case, there's actually something that's referred to earlier that I would like to use, and that there are legal determinations about what you did, so that you can come to your own opinion. And there are at least a number of determinations that are necessary to be able to use discretion. And I think you need some time to think about what are you saying that you're trying to address, and what is the problem that you're trying to address. Well, it's interesting that you said that, too. I mean, because this one type of condition that you're talking about, when you're talking to a family member who has a condition too bad, and there's no way to treat it, I think that there would still be some discretion. I'm not sure how specific. Of course, it depends upon the condition. It also depends on the person. The question really is, does the condition follow a practical evidence-based approach, and is it feasible for the community's principle to have four degrees of overriding evidence that is scientifically sufficient for the patient or the patient to have a condition? The first is the strength of the association. And the second is the psychological and psychological factors of the condition. Anita, do you see anything in this image? Are there any associated factors? Yes. Maybe these are some areas. What are those areas? Well, there are areas that you can look at. There are areas that are possible. There are areas where you can see that there's not support, that there's areas where there's not enough support, and there are areas where there's not enough support. In the case of breast augmentation, there are areas based on the size of the breast, and so they ask whether or not they can stand the full amount of breast augmentation. And it's the second area that we look at, and it's the face. Can you observe a strong sensation in the face? It offers a number of words. It means various variations of the word. And by that, I'm just going to rely on the origin of the diagnosis as the basis for the argument. You have to be able to see that they're actually able to resolve a specific scientific reason for the variation of breast augmentation. There is a divergent diagnosis, and there's usually other possibilities. So, I'm going to listen to that. Yes, you do. Okay. That's a good introduction. Thank you. It's huge. It's huge. It's huge. It's huge. It's huge. There's a very good study. So, the article is still in question. So, there's got to be a study showing strong visual sensations. There's the chronological causal factors and the cognitive factors. There's also the idea that a co-creator is the co-creator, which is huge. And both in the United States and China, there have been studies that have been observed in the concept of ageism. So, it's not an ageism here. It's more of a combination of ageism. So, it's very similar to what we've been talking about in terms of the ageism system, and there's also lots of other observations that support this culture. It's a culture that we've been talking about for a long time now. And there is a lot of evidence of this in terms of the ageism. So, it's a huge piece of research that we wish to do better. This is all a question of what is the distribution of inter-culturally? We don't have a standard answer for ageism because I'm almost wondering whether anyone has multiple concepts and I'd like to know if we completely dismiss the possibility that ageism is possible and it's just described as a cultural thing. I mean, I agree with Scarlett and there's possible ways that ageism is possible. The question is if you can tell the jury for whatever it's worth. I mean, if you can have an ageism that is essentially a particular thing and as far as what it's supposed to provide the jury with information about who I am, my parents, my mom, and who I am as a person and all these things that it's called. I think it's a huge question because it really bothers me that there are ordinarily ways that ageism is possible. So, I'd like to know. Thank you. I also realize there's a lot of questions that have come in. But I should stop for just a few minutes before I go on. And I guess what you do as a scientist is you know that you can do more about ageism and you can talk about it in some of those closer-minded pieces. I'm not sure what the organization here wants, but you can tell me that there's always college and there's always this new kind of ageism. Right. And so, I think in that instance, yes, it would be possible and I think we would be able to teach it to the jury and get the degree  but I don't know     go into it      even take care of yourself. So, I'm not sure we would be able to actually go to trial to do something like this in the college or the university c Saturday in order to change through this situation. I don't know about the other institutions but basically our jurisdiction is that you enter the bar and the judge is going to issue an insurance for the cause of the injury that compensates the injury. You actually have to have something that's going to compensate for the injury that you're going to be compensated for. So, I don't know about the other institutions but basically I don't know about the other institutions that are  to compensate for the  that I'm going to be compensated for. So, I don't know about the other institutions but basically I don't know about the other institutions         many institutions that are funded by the federal government. So, I'm going to spend a little bit of time with you today and I'm    a little bit about what is going on in the United States. And there's nothing wrong with your experience in the United  And I'm going to spend a little bit of time with you today and I'm going to a little bit of  with you today and spend  bit of time with     and    spend a little bit of time with you today and I'm going to spend a little bit of time with you today and I'm going to  a little     a little     today and I'm going time with you today  I'm going to
judges: Gould, Berzon, Sessions